UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| ROWLAND OATES, | |
|---|---|
| Plaintiff, | CASE NO. C08-5686JKA |
| v. | ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND OTHER EXPENSES UNDER THE EQUAL ACCESS TO JUSTICE ACT |
| MICHAEL ASTRUE, Commissioner of Social Security Administration, | |
| Defendant. | |

This matter comes before the court on an unopposed motion for attorney's fees and other expenses under the Equal Access to Justice Act.

Accordingly, It is hereby ORDERED that attorney fees in the amount of $6,084.32 shall be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. The motion is **GRANTED**.

DATED this 21st day of August, 2009.

*/s/ J. Kelley Arnold*
J. Kelley Arnold
U.S. Magistrate Judge

ORDER
Page - 1