# United States District Court

WESTERN DISTRICT OF WASHINGTON

ROWLAND OATES

JUDGMENT IN A CIVIL CASE

v.

MICHAEL ASTRUE,
Commissioner of Social Security Administration

CASE NUMBER: C08-5686JKA

__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That attorney fees in the amount of $6,084.32 shall be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. The motion is **GRANTED**.

| | |
|---|---|
| August 24, 2009 | BRUCE RIFKIN |
| Date | Clerk |
| | |
| | *s/CM Gonzalez* |
| | Deputy Clerk |